(101) CITATION: PETITION FOR DAMAGES/REQUEST WRITTEN NOTICE;     181213-7080-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ARDELL BLOUNT
   versus
GUARD-ONE PROTECTIVE SERVICES LLC

Case: 790-016  Div: "P"
P 1 ARDELL BLOUNT

To:  GUARD-ONE PROTECTIVE SERVICES LLC
THROUGH RICH FRYE
4317 WILLIAMS BLVD
KENNER LA 70065

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION DAMAGES/REQUEST WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney PIUS A. OBIOHA and was issued by the Clerk of Court on the 13th day of December, 2018.

/s/ Masie A Comeaux
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

### *** PAUPER ***
### SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES/REQUEST WRITTEN NOTICE;     181213-7080-5

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal     ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts ___ times
   ___ Vacant    ___ Received too late to serve
   ___ Moved    ___ No longer works at this address
   ___ No such address    ___ Need apartment / building number
   ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____



EXHIBIT A

Filed by: Fax
Date: 11-30-18
Time: 7:38 pm
Deputy Clerk: S/ MICHELLE BRUNER

FILED FOR RECORD 12/10/2018 15:33:30
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO: 790-016          DIVISION:          SECTION: P

### ARDELL BLOUNT

### VERSUS

### GUARD-ONE PROTECTIVE SERVICES, LLC

FILED: _____          _____
                                  DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Ardell Blount, a person of full age of majority who is domiciled in the Orleans Parish, Louisiana, who avers as follows:

**1.**

Made Defendants herein are:

A. **GUARD-ONE PROTECTIVE SERVICES, LLC,** domestic or foreign limited liability company authorized to and doing business in the State of Louisiana.

**2.**

Venue is proper under Louisiana Code of Civil Procedure, Articles 42 and 74.

**3.**

The Defendant is justly and truly indebted unto the Petitioner for the wrongful termination of his employment while he was receiving treatment for his prostate cancer diagnosis.

**4.**

During his employment at Guard-One Protective Services, LLC, the Plaintiff was diagnosed with prostate cancer and had to undergo treatment. During Plaintiff's treatment his employment was terminated.

**5.**

On or about December 2, 2017, the Defendant, Guard-One Protective Services, LLC, terminated the Plaintiff's employment in violation of Louisiana and federal laws.

6.

At all times relevant, Defendant, Guard-One Protective Services, LLC, was the employer of the Plaintiff, Ardell Blount.

7.

Plaintiff strongly believes that he was wrongfully terminated from his employment due to his disability in violation of the laws.

8.

Plaintiff therefore is entitled to and should receive lost wages, back pay, and full benefits, including but not limited to retirement benefits, associated with his employment.

9.

Plaintiff is entitled to and should be fully reinstated to his employment.

10.

Defendant's actions or conduct should warrant reasonable sanctions against it for violating Plaintiff's rights.

11.

Plaintiff, Ardell Blount, will show that the said injuries were caused by the conduct of the Defendant, Guard-One Protective Services, LLC, in the following non-exclusive respects:

   a. Failure to exercise necessary caution and due care;
   b. Failure to act as a prudent and reasonable employer;
   c. Failure, generally, to exercise the degree of care commensurate with the factual situation herein described;
   d. Discrimination against a disabled employee;
   e. Violation of employee's civil liberties; and
   f. Deprivation of vested property rights

12.

The aforesaid Defendant is truly indebted unto your Plaintiff, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general damages and equitable relief for the following, to wit:

13.

Plaintiff, Ardell Blount, itemizes his damages as follows:

a. Past, present, and future mental anguish and emotional trauma;

b. Past, present, and future emotional distress;

c. Past, present, and future pain and suffering;

d. Past, present and future loss of pursuit of happiness;

e. Past, present, and future loss of enjoyment of life;

f. Past, present, and future medical, hospital, and pharmaceutical expenses; and

g. Any and all other damages itemized at the trial of this matter and provided by law.

14.

At all times relevant, Plaintiff avails himself of the benefits of Louisiana Code of Civil Procedure, Article 5181, et seq.

**WHEREFORE**, Plaintiff, Ardell Blount, prays that Defendant, Guard-One Protective Services, LLC, be duly cited to appear and answer this Petition; that Defendant, Guard-One Protective Services, LLC, be served with a copy thereof and that, after the lapse of all legal delays and due proceedings had, there be judgment herein in favor of the Plaintiff, Ardell Blount, and against Defendant, Guard-One Protective Services, LLC, for pain and suffering, mental anguish, emotional distress, past, present, and future loss of enjoyment of life and pursuit of happiness, and reasonable attorney's fees and court costs incurred in connection with the litigation of this matter. Plaintiff further prays that he be granted any and all such further relief for which he is entitled under the law.

Respectfully Submitted,

Law Offices of Pius A. Obioha & Associates, LLC

*/s/ Pius Obioha*

Pius A. Obioha (Bar No. 25810)
**Daniel C. Obioha (Bar No. 38361)**
1550 North Broad Street
New Orleans, LA 70119
Tel: (504) 265-0437
Fax: (504) 265-0440
Attorneys for Plaintiff

**PLEASE SERVE:**

1. Guard-One Protective Services, LLC
   Through its Registered Agent:
   Rich Frye
   4317 Williams Blvd
   Kenner, LA 70065

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_Masie Corneaux_
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.

Filed by: Fax
Date: 11-30-18
Time: 7:38 PM
Deputy Clerk: MICHELLE BRUNER

FILED FOR RECORD 12/10/2018 16:35:54
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO: 790-016            DIVISION:            SECTION: 7

### ARDELL BLOUNT

### VERSUS

### GUARD-ONE SECURITY

FILED: _____            _____
                                  DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE

TO:   **CLERK OF COURT**
      **24th Judicial District Court**
      **200 Derbigny Street**
      **Gretna, LA 70053**

PURSUANT TO Article 1572 of the Louisiana Code of Civil Procedure, I hereby request written notice of the dates set for trial of the above numbered and entitled matter, or the date set for trial or hearing of any pleading or motion herein, at least ten (10) days before any trial or hearing date.

I also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Article 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully Submitted,
Law Offices of Pius A. Obioha & Associates, LLC

/s/ Pius Obioha

**Pius A. Obioha (Bar No. 25810)**
**Daniel C. Obioha (Bar No. 38361)**
1550 North Broad Street
New Orleans, LA 70119
Tel: (504) 265-0437
Fax: (504) 265-0440
**Attorneys for Plaintiff**

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
/s/ Masie Comeaux
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA